1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Lee D. Taylor

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | LEE D. TAYLOR, ) Case No.: 5:13-cv-00314-SH
   |                )
   |     Plaintiff, ) ORDER AWARDING EQUAL
12 |                ) ACCESS TO JUSTICE ACT
   |     vs.        ) ATTORNEY FEES AND EXPENSES
13 |                ) PURSUANT TO 28 U.S.C. § 2412(d)
   | CAROLYN W. COLVIN, Acting )
14 | Commissioner of Social Security, )
   |                )
15 |     Defendant  )
   |                )
16 |_____)

17

18  Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20

21  IT IS ORDERED that fees and expenses in the amount of $2,500.00 as

22  authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

    DATE:    March 27, 2014
23                                  _____
24                                  THE HONORABLE STEPHEN J. HILLMAN
                                    UNITED STATES MAGISTRATE JUDGE
25

26

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 | /s/ *Steven G. Rosales*
_____
4 | Steven G. Rosales
Attorney for plaintiff Lee D. Taylor

-2-